IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DAVID THIESSEN,** | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-11-1467-R |
| **TERRY MARTEN,** | ) |
| Respondent. | ) |

### ORDER

Before the Court are the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach [Doc. No. 16] and Petitioner's Objection to the Report and Recommendation [Doc. No. 17].

Petitioner states in his Objection that he does not read, speak or write the English language well enough to perfect a proper objection to the Report and Recommendation. Nevertheless, Petitioner is not entitled to counsel in this 28 U.S.C. § 2254 proceeding. Upon the Court's *de novo* review of the Report and Recommendation, the Court concurs in the findings and conclusions of the Magistrate Judge.

Therefore the Report and Recommendation of the Magistrate Judge [Doc. No. 16] is ADOPTED and the petition of David Thiessen for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED with prejudice as untimely.

IT IS SO ORDERED THIS 26th day of March, 2012.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE